# United States District Court
# District of Minnesota

UNITED STATES OF AMERICA,

Plaintiff(s),

**JUDGMENT BY DEFAULT**

-vs-

Civil No. 01-1512 MJD/JGL

DIANE GONZALES a/k/a DIANA G. MONERO

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

**CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiff do have and recover of and from said defendant the sum of FIVE THOUSAND THREE HUNDRED FIFTY-EIGHT DOLLARS AND 74/100 ($ 5,358.74). Plus additional prejudgment interest from 4/25/01, at 10 percent per annum; and this judgment will accrue interest from the date of judgment at the legal rate of 2.60 percent per annum.**

Richard D. Sletten

DATED: September 28, 2001

By E Knoblauch

E. Knoblauch, Deputy Clerk

| | |
|---|---|
| Principal/Damages | $ 3,056.58 |
| Costs and disbursements | $ 150.00 |
| Interest to 4/25/01 | $ 2,152.16 |
| Less payments | $ .00 |
| **TOTAL JUDGMENT** | $ 5,358.74 |

(4)